IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK J. HOWARTH,

   *Plaintiff*,

v.                                                         Case No.: 3:24cv423-MW/HTC

VINCE MONTGOMERY,

   *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on October 7, 2024.**

                                                                                            s/Mark E. Walker                
                                                                                            **Chief United States District Judge**